FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 19-0613 & DA 19-0618

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RYAN MORRIS,

    Defendant and Appellant,

TROY NELSON,

    Defendant and Appellant.

## ORDER

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that the above two causes be consolidated for the purposes of appeal under Cause No. DA 19-0613.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 7 2020